**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GABRIELLA LONGORIA** | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:24-CV-00572** |
| | § | |
| | § | |
| **UNITED STATES POSTAL SERVICE** | § | |
| | § | |
| | § | |

---

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, GABRIELLA LONGORIA Plaintiff, in the above-styled and numbered cause, and notifies the Court that Plaintiff wishes to dismiss his cause of action against Defendant, UNITED STATES POSTAL SERVICE, without prejudice.

Respectfully submitted,

By:   */s/ David K. Mestemaker*
David K. Mestemaker (SBOT# 13974600)
Fed ID No. 14410
dkm@mandsattorneys.com
3100 Timmons Lane, Suite 455
Houston, Texas 77027
Tel.     (713) 626-8900
Fax     (713) 626-8910
ATTORNEY-IN-CHARGE FOR
PLAINTIFF

OF COUNSEL:
Mestemaker, Straub and Zumwalt
Norman L. Straub (SBOT# 00793002)
Fed ID NO: 19700
nstraub@mandsattorneys.com
Jonathon B. Zumwalt (SBOT# 24053570)
Fed ID NO: 915263
jzumwalt@mandsattorneys.com
3100 Timmons Lane, Suite 455
Houston, Texas 77027

Tel.     (713) 626-8900

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record in compliance with the Federal Rules of Civil Procedure on March 12, 2024.

Christina Elizabeth Cullom, Attorney-in-Charge
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana St., Ste 2300
Houston, TX 77002
713-826-4698
christina.cullom@usdoj.gov

/s/ David K. Mestemaker
David K. Mestemaker